# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONSON KYLE BUSH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-13-266-R |
| ) | |
| TERRY ROYAL, Warden, ) | |
| Oklahoma State Penitentiary, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion filed on this date, Petitioner's request for habeas relief is denied. Judgment is hereby entered on behalf of Respondent and against Petitioner.

IT IS SO ORDERED this 17th day of October, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE